**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **SIMEUS FOODS INTERNATIONAL, INC.,** § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 3:08-CV-2238-O (BF) |
| § | |
| **MARTEK LLC d/b/a/ MODERN FOODS and ACORN CAPITAL LLC d/b/a/ MODERN FOODS,** § § § § | |
| Defendants. § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. No objection was filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** on this **18th** day of **August, 2009.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**